IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-10044 |
| COREY L. JOHNSON, | ) |
| Defendants. | ) |

**AMENDED NOTICE OF INTENT TO USE EVIDENCE OF PRIOR CONVICTIONS**

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and hereby notifies the defendant, Corey L. Johnson, and his counsel, Joel Brown, that it intends to seek an enhancement of the defendant's sentence under 21 U.S.C. §851 for the following felony drug convictions:

| | | | |
|---|---|---|---|
| Crim Drug Consp. | 95 CF 1165 | McLean County | 4 yrs. DOC |
| Delivery/Cont/Subst | 99 CF 380 | McLean County | 7 yrs. DOC |

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

s/: **BRADLEY W. MURPHY**
BRADLEY W. MURPHY
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Joel Brown, Attorney for the Defendant.

s/:  Kim Ritthaler
Legal Assistant