IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED

FEB 2 6 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 07-10044 |
| COREY L. JOHNSON, ) | VIO: 21 U.S.C. §§846; 841(b)(1)(A) |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

From the Summer, 2002, to January 31, 2007, in Peoria County within the Central District of Illinois, and elsewhere,

COREY L. JOHNSON,

the defendant herein, did knowingly conspire, confederate, and agree with other persons, to commit certain acts in violation of the laws of the United States, to wit: to knowingly distribute cocaine base (crack) and cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(A).

This conspiracy involved more than fifty (50) grams of a mixture and substance containing cocaine base (crack) and more than 5 kilograms of a mixture and substance containing cocaine.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its objective of distributing

cocaine base (crack), the defendant and other persons, did commit overt acts, including but not limited to the following:

1. Corey L. Johnson purchased, obtained, and transported cocaine to the Central District of Illinois.

2. In the Central District of Illinois, Corey L. Johnson would cook some of the cocaine into cocaine base (crack), weigh, package, and distribute the crack cocaine and cocaine to others.

3. Thereafter, Corey L. Johnson would take the proceeds of the sale of the crack cocaine and cocaine and purchase more cocaine.

All in violation of Title 21, United States Code §§846 and 841(b)(1)(A).

A True Bill.

s/ Foreperson

Foreperson

s/ J. Campbell

RODGER A. HEATON
UNITED STATES ATTORNEY

BWM/ksr