We the jury find the defendant,

**COREY JOHNSON,**



Guilty of the charge of conspiracy to distribute cocaine and cocaine base (crack) as alleged in the Superseding Indictment.

s/Foreperson

s/Juror          Foreperson
                             s/Juror

s/Juror          s/Juror

s/Juror          s/Juror

s/Juror          s/Juror

s/Juror          s/Juror

s/Juror

If you find the defendant guilty of Conspiracy as charged in the Superseding Indictment, the jury must also find beyond a reasonable doubt the quantity of cocaine and the quantity of cocaine base (crack) involved. Indicate your finding as to the quantity of cocaine and cocaine base (crack) below and have each juror sign this form.

We the jury find that the defendant conspired to distribute

<u>cocaine</u>

_____ less than 500 grams of cocaine.

_____ 500 grams or more but less than 5,000 grams of cocaine.

__✓__ more than 5,000 grams of cocaine.

<u>cocaine base (crack)</u>

_____ less than 5 grams of cocaine base (crack).

_____ 5 grams or more but less than 50 grams of cocaine base (crack).

__✓__ more than 50 grams of cocaine base (crack).

s/Juror                                s/Foreperson

                                       Foreperson
s/Juror                                s/Juror

s/Juror                                s/Juror

s/Juror                                s/Juror

s/Juror                                s/Juror

s/Juror                                s/Juror