E-FILED
Thursday, 03 April, 2008  09:55:16 AM
Clerk, U.S. District Court, ILCD

FILED
MAR 3 1 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 07-10044 |
| COREY L. JOHNSON, | ) ) ) |
| Defendant. | ) |

## STIPULATION

Now comes the parties, the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and the defendant, Corey L. Johnson and his attorney, Jerry Serritella, and hereby agree and stipulate as follows:

1. Government Exhibit Numbers 103, 201A, 201B, and 203C were each processed for latent fingerprints by members of the Peoria Police Department Crime Lab Unit using accepted scientific methods. No latent fingerprints were developed on any of the exhibits.

s/ B. Murphy
_____     Dated   3-31-08
BRADLEY W. MURPHY
Assistant United States Attorney

s/Jerry Serritella
_____     Dated   3-27-08
JERRY SERRITELLA
Attorney for Defendant

s/Corey Johnson
_____     Dated   3-27-08
COREY L. JOHNSON
Defendant