IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

**FILED**
MAR 3 1 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COREY L. JOHNSON, )<br>)<br>Defendant. ) | No. 07-10044 |

## STIPULATIONS

Now comes the parties, the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and the defendant, Corey L. Johnson and his attorney, Jerry Serritella, and hereby agree and stipulate as follows:

### A.  Aaron Roemer

1.  If called as a witness to testify, Aaron Roemer would testify that he is employed as a Forensic Scientist by the Illinois State Police at the Morton Crime Laboratory in Morton, Illinois. After receiving his degree in Biology from the University of Illinois in 2001, he accepted employment with the Crime Laboratory where his duties are to analyze suspected controlled substances for identification, which he has done more than 1,000 times. He has testified in both state and federal courts 30 times as an expert witness.

2.  On October 27, 2006, he received Government Exhibit Numbers 101, 102, and 106 in a sealed condition from Jerry Bainter at the Crime Laboratory. He later

analyzed the exhibits using accepted scientific methods. He would testify that Government Exhibit Number 101 contained 18 plastic bags whose off-white chunky substance was determined to be 51.8 grams of cocaine base.

3.    He later analyzed Government Exhibit Number 102 using accepted scientific methods. He would testify that Government Exhibit Number 102 contained 7 plastic bags whose off-white chunky substance was determined to be 2.3 grams of cocaine base.

4.    He also analyzed Government Exhibit Number 106 using accepted scientific methods. He would testify that Government Exhibit Number 106 contained a green plant material which was determined to be 51.1 grams of marijuana.

5.    He would also testify that he resealed the exhibits and returned Government Exhibit Numbers 101, 102, and 106 to the Peoria Police Department.

### B. Kerry Nielsen

1.    If called as a witness to testify, Kerry Nielsen would testify that he is employed as a Forensic Scientist by the Illinois State Police at the Morton Crime Laboratory in Morton, Illinois. After receiving his degree in Biology from Western Illinois University in 1997, he accepted employment with the Crime Laboratory where his duties are to analyze suspected controlled substances for identification, which he has done more than 1,000 times. He has testified in both state and federal courts 80 times as an expert witness.

2.    On March 15, 2007, he received Government Exhibit Numbers 301 and 305 in a sealed condition from Chad Batterham at the Crime Laboratory. He later analyzed the exhibits using accepted scientific methods. He would testify that

Government Exhibit Number 301 was a white residue from a glass jar which was determined to be cocaine. He would also testify that Government Exhibit Number 305 was 3 quantities of a green plant material which was determined to be 45.1 grams of marijuana.

3. On April 23, 2007, he received Government Exhibit Numbers 204A, 204B, and 204C in a sealed condition from Jeff Wilson at the Crime Laboratory. He later analyzed the exhibits using accepted scientific methods. He would testify that Government Exhibit Number 204A contained plastic bags whose white residue was determined to be cocaine. He would also testify that Government Exhibit Number 204B was a glass measuring cup whose white residue was determined to be cocaine base. In addition, he would testify that Government Exhibit Number 204C was a glass measuring cup whose white residue was determined to be cocaine base.

4. On April 23, 2007, he received Government Exhibit Numbers 203B and 203C in a sealed condition from Jeff Wilson at the Crime Laboratory. He later analyzed the exhibits using accepted scientific methods. He would testify that Government Exhibit Number 203B contained several plastic bags whose white powdery contents was determined to be less than 0.1 grams of cocaine. He would also testify that Government Exhibit Number 203C was a glass measuring cup whose white residue was determined to be cocaine base.

5. On April 23, 2007, he received Government Exhibit Numbers 201A and 201B in a sealed condition from Jeff Wilson at the Crime Laboratory. He later analyzed the exhibits using accepted scientific methods. He would testify that Government Exhibit Number 201A contained several plastic baggies whose white residue was

determined to be cocaine. He would also testify that Government Exhibit Number 201B was a glass measuring cup whose residue was examined, but no controlled substance could be found.

6. He would also testify that he resealed the exhibits and returned Government Exhibit Numbers 201A, 201B, 203B. 203C, 204A, 204B, 204C, 301, and 305 to the Peoria Police Department.

s/ B. Murphy

BRADLEY W. MURPHY
Assistant United States Attorney

Dated 3-31-08

s/Jerry Serritella

JERRY SERRITELLA
Attorney for Defendant

Dated 3-27-08

s/Corey Johnson
s/

COREY L. JOHNSON
Defendant

Dated 3-27-08

4