```
 1                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF ILLINOIS
 2

 3  UNITED STATES OF AMERICA,  ) Docket No. 07-10044
                               )
 4       Plaintiff,            )
    vs.                        ) Peoria, Illinois
 5                             ) May 31, 2007
    COREY L. JOHNSON,          )
 6                             )
         Defendant.            )
 7  _____)

 8
                       RECORD OF PROCEEDINGS
 9                     PRETRIAL CONFERENCE
              BEFORE THE HONORABLE JOE BILLY MCDADE
10                 UNITED STATES DISTRICT JUDGE

11                       THE APPEARANCES

12                    BRADLEY MURPHY, ESQ.
                       Assistant U.S. Attorney
13              One Technology Plaza, Suite 400
                         211 Fulton Street
14                        Peoria, IL  61602
                    On behalf of the Plaintiff
15

16
                      WILLIAM K. HOLMAN, ESQ.
17                     124 NE Madison Avenue
                         Peoria, IL  61602
18                  On behalf of the Defendant

19

20
                      Nancy Mersot, CSR, RPR
21             United States District Court Reporter
                       100 N.E. Monroe Street
22                       Peoria, IL  61602

23

24

25  Proceedings recorded by mechanical stenography,
    transcript produced by computer-aided transcription.
```

```
 1            (Proceedings were held in open court.)
 2            THE COURT:  Good morning.
 3            MR. CLERK:  Now before the Court is the case
 4  of the United States of America v. Corey L. Johnson,
 5  case number 07-10040.
 6            Will counsel please enter their appearances.
 7            MR. MURPHY:  Brad Murphy for the United
 8  States.
 9            MR. HOLMAN:  William Holman for the
10  defendant, and could the record reflect that the
11  defendant is present in open court.
12            THE COURT:  The record will reflect the
13  presence of the defendant.
14            There are various motions pending which must
15  be heard, but I heard a rumor that, Mr. Holman, you
16  were seeking to withdraw.
17            MR. HOLMAN:  Yes, Your Honor.  When I first
18  got this case, the name of the defendant was very
19  familiar to me, but I could not place where, and I
20  advised the prosecutor that I thought there might be
21  a conflict.  Neither of us upon looking could find
22  the conflict until today when I was finishing up the
23  last -- the last report of discovery and found a
24  client who I'm still representing on a Rule 37
25  mention viable defendant and that creates a clear
```

1 conflict.  And I'm going to be making an oral motion
2 to withdraw.  Sorry it couldn't be in writing, but
3 like I said, it was the last report in the whole
4 batch which I examined.
5          THE COURT:  So a potential witness for the
6 Government may be someone that you represented?
7          MR. HOLMAN:  That I'm still representing on
8 a Rule 37.
9          THE COURT:  Well, that certainly will appear
10 to be a conflict and the Court --
11          Mr. Murphy?
12          MR. MURPHY:  Judge, may I make a suggestion?
13 In the last 24 hours quite a few things have
14 happened.  First of all, there was this large batch
15 of motions that were filed by counsel, and then just
16 this morning he discovered the conflict.  I have no
17 hesitation to suggest that that conflict isn't real
18 and not just a potential conflict.  I would suggest
19 that since one of the motions filed by counsel was a
20 motion to continue that the Court go ahead and allow
21 that motion and reset this matter for new dates.
22 There are at least two of those motions, Judge, that
23 I need to probably respond to because they are
24 non-discovery in nature.  And I would ask the Court
25 to also set a date for perhaps a hearing on the

1  motions that would be well before the final pretrial
2  and in that interim time it will give this Court
3  time to appoint a new CJA attorney for Mr. Johnson.
4          Thank you, Judge.
5          THE COURT:  Mr. Holman, are you aware that
6  the federal defender had a conflict before you were
7  appointed?
8          MR. HOLMAN:  Yes, I believe they did, Judge.
9  I might mention that since the case is already set
10 for the 13th, which is coming right up, we might
11 just keep it set for that date.  By that time the
12 new CJA counsel will have been appointed.  He will
13 have a chance to look at the discovery which I will
14 give to him and might give the Court a better idea
15 about how much time he's going to need to prepare
16 for trial.
17         THE COURT:  All right.  The Court would
18 discharge Mr. Holman from further representation of
19 the defendant in this cause because of potential
20 conflict and the Court would appoint another CJA
21 panel attorney to represent the defendant.
22         And did you say we have a hearing date for
23 June 13th?
24         MR. HOLMAN:  I'm not sure what the date was
25 for that.  It was whatever the trial date was.

1      THE COURT:  And the Court would set this
2 matter for a status review by telephone with counsel
3 only for June 7th.
4      What were you going to say?  What were you
5 going to say?
6      I want to just have the other attorney on
7 the phone with me and Mr. Murphy.
8      So I want just a status, telephone status
9 with the attorneys on Thursday, June 7.  Can I get
10 that?  At what time?  It won't take very long. At
11 11:45 Mr. Murphy.
12      Mr. Murphy, can you have a response to the
13 motions on file by June 8th?
14      MR. MURPHY:  Yes.
15      THE COURT:  June 8t Government's response to
16 the motions.  And there will be a hearing on the
17 motions for June 18th at 10:00 a.m.
18      A supplemental final pretrial conference for
19 July 13th at 2:00, and a new trial date for
20 July 30th at 9:00.  The trial date of June 11th is
21 vacated.
22      The Court finds that any delay in trying
23 this defendant is due to the need to substitute
24 counsel for him.  And the pending motions which must
25 first be resolved.  And the ends of justice served

1  by the delay for those reasons better serve the ends
2  of justice and outweigh the interest of the
3  defendant and the public and the speedy trial to
4  make the intervening time excludable under the
5  Speedy Trial Act.
6          So, Mr. Johnson, between now and June 7th, I
7  would expect that a new attorney will be contacting
8  you and letting you know that he represents you.
9  And I will meet with the attorneys by phone on June
10 7th to just discuss how we are going to proceed so
11 that he can get up to speed.  And the new trial date
12 will be July 30.  Do you understand?  Do you have
13 any problems with this?
14          THE DEFENDANT:  No, sir.
15          THE COURT:  Hearing is adjourned.
16          (Which were all of the proceedings had in
17          this case on this date.)
18                        *****
19    I certify that the foregoing is a correct
20 transcript from the record of proceedings in the
21 above-entitled matter.
22
23
24 s/Nancy Mersot            Date: September 25, 2008
25 Court Reporter