# UNITED STATES DISTRICT COURT
for the
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 07-CR-10044 |
| Corey L. Johnson | ) | USM No. 13603-026 |

07/21/2008
Date of Previous Judgment

Pro Se
Defendant's Attorney

### Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **is reduced to** .

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

| | |
|---|---|
| Previous Sentence Imposed: | Amended Sentence: |
| Previous Supervised Release Term Imposed: | Amended Supervised Release Term: |
| Previous Underlying Sentence Imposed: | Amended Underlying Sentence: |

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☐ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**II. ADDITIONAL COMMENTS:**
☐ Waiver of Appearance of Defendant for resentencing hearing (attached).

Except as provided above, all provisions of the judgment dated 07/21/2008 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 4/20/2020

s/Joe B. McDade
Judge's Signature
Joe B. McDade, U.S. District Judge